## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

PETER MORRISSETTE, II,

       Petitioner,

   v.

SUPERIOR COURT OF LIBERTY
COUNTY,

       Respondent.

CIVIL ACTION NO.: 4:22-cv-24

## O R D E R

After a careful *de novo* review of the entire record in this case, the Court concurs with the Magistrate Judge's February 4, 2022, Report and Recommendation, to which the petitioner did not file objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 3), as the opinion of the Court and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus, (doc. 1).   Applying the Certificate of Appealability (COA) standards, which are set forth in *Brown v. United* States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); *see Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, *in forma pauperis* status on appeal is

likewise **DENIED**.   28 U.S.C. § 1915(a)(3).   The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

      **SO ORDERED**, this 28th day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA