# United States District Court
## Southern District of Georgia

PETER MORRISSETTE, II,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-24

SUPERIOR COURT OF LIBERTY COUNTY,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 28, 2022, adopting the Report and Recommendation of the Magistrate Judge, the Court dismisses the Petitioner's Petition for writ of habeas corpus.  Further, the Court declines to issue a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| March 31, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |